IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM LEE BROWN, :
:
        Plaintiff :
: CIVIL NO. 16-4165
    v. :
:
NANCY A. BERRYHILL, :
Acting Commissioner :
of Social Security :
        Defendant :

## O R D E R

AND NOW this 11th day of Sept, 2017, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. ___), it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review (Doc. No. 11) is GRANTED, and the matter is REMANDED in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation;

3. JUDGMENT IS ENTERED by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

4. The Clerk of Court shall mark this case CLOSED for all purposes including statistics.

/s/ Legrome D. Davis

_____
LEGROME D. DAVIS
U.S. District Court Judge